*E-Filed 1/22/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE A. GODOY, | No. C 12-5042 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

Petitioner was directed to pay the $5.00 filing fee within 30 days. More than 30 days have passed, and petitioner has not paid the filing fee. Accordingly, the action is hereby DISMISSED without prejudice. Any motion to reopen the action must include payment for the $5.00 filing fee. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: January 22, 2013

RICHARD SEEBORG
United States District Judge