*E-Filed 5/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE A. GODOY, | No. C 12-5042 RS (PR) |
| Petitioner, | **ORDER REOPENING ACTION;** |
| v. | **ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

This federal habeas corpus action was dismissed because petitioner failed to pay the filing fee. The fee has now been paid, and petitioner moves for relief from the judgment, which the Court construes as a motion to reopen the action (Docket No. 13). So construed, it is GRANTED. The action is hereby REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 11), and the order of dismissal (Docket No. 10) are VACATED. The Clerk shall terminate Docket No. 13.

The petition, which contains two claims, is DISMISSED with leave to amend. Petitioner's Eighth Amendment claim regarding the conditions of confinement should be brought in a civil rights, not a habeas, action. Accordingly, this claim is DISMISSED

without prejudice. If petitioner wishes to pursue this claim, he must bring it by way of a civil rights action.

The second claim is DISMISSED with leave to amend. Petitioner claims that respondent violated his due process rights in a rules violation report proceeding. It is not clear whether petitioner lost time credits because of such proceeding. In his amended petition, he must tell the Court whether he lost any time credits and, if he did lose credits, how many.

**Petitioner shall file an amended petition addressing the above-listed concerns on or before June 15, 2013.** The amended petition must include the caption and civil case number used in this order (12-5042 RS (PR)) and the words AMENDED PETITION on the first page. Because an amended petition completely replaces the previous petitions, petitioner must include in his first amended petition all the claims he wishes to present, including the ineffective assistance of counsel claim found cognizable above. Petitioner may not incorporate material from the prior petition by reference. Failure to file an amended petition in accordance with this order will result in dismissal of this action with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

DATED: May 7, 2013

RICHARD SEEBORG
United States District Judge