*E-Filed 1/21/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE A. GODOY, | No. C 12-5042 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

Petitioner's motion to extend time to file an opposition to respondent's motion for dismiss (Docket No. 19) is GRANTED. The opposition shall be filed on or before on or before March 1, 2014. The Clerk shall terminate Docket No. 19.

**IT IS SO ORDERED**.

DATED: January 21, 2014

_____
RICHARD SEEBORG
United States District Judge

No. C 12-5042 RS (PR)
ORDER EXTENDING TIME